**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

L. E. "Tony" Morrow, Jr.
Attorney at Law
323 E. University Avenue
Lafayette LA 70503

**REHEARING ACTION: May 20, 2015**

**Docket Number: 15   00238-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DAN A. BROWN**

**Writ Application from Lafayette Parish Case No. 201100877 &, 201121136**

**BEFORE JUDGES**:

   **Hon. Jimmie C. Peters**
   **Hon. James T. Genovese**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Dan A. Brown** is:

   **REHEARING DENIED.**  Relator may not seek a rehearing from a denial of
   his writ application.  Uniform Rules – Courts of Appeal, Rule 2-18.7

cc: Gary J. Haynes, Counsel for  the Respondent